UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. Jose L. Linares
                            :
          v.                :
                            :    Criminal No. 09-814 (JLL)
                            :
ENRIQUE DONE                :
ITZA PAREDES                :    CONTINUANCE ORDER

    This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing), and defendants ENRIQUE DONE (Roy Greenman, Esq., appearing) and ITZA PAREDES (Anna Cominsky, Esq., appearing) and good cause having been shown,

    IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    (1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render a trial of this matter unnecessary;

    (2) The defendants consent to the continuance; and

    (3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this \_\_10th\_\_ day of December, 2010,

ORDERED that:

the trial date in this matter is continued until June 24, 2011, and that the period of time from February 24, 2011 (the trial date from the previous continuance order) through June 24, 2011 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii), and (h)(8)(B)(iv); and it is further

ORDERED that:

1. Defendants shall file pretrial motions on or before **April 12, 2011**;

2. The Government shall respond to such motions on or before **May 10, 2011**;

3. The return date for pretrial motions shall be **June 2, 2011**; and

4. Trial shall commence on **June 24, 2011** at 10:00 a.m.

_____
HON. JOSE L. LINARES
United States District Judge

2